## WARREN C. LAIRD *v.* EUGENE H. BEEBE.

### No. 2296.

Argued July 22, 1936.                    Decided July 27, 1936.

COKE, C. J., BANKS AND PETERS, JJ.

*Per Curiam.*  Defendant-appellee has interposed a motion to dismiss plaintiff-appellant's bill of exceptions alleging that "there is no proper bill of exceptions before this court." An examination of the bill of exceptions convinces us that the motion is without merit and should be denied.

Motion is denied.

*M. K. Ashford, M. E. Winn,* and *D. G. Ridley,* for the motion.

*J. V. Esposito,* contra.